UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TINA L. HENDERSON, as personal
representative to the ESTATE OF OTIS
HENDERSON,

        Plaintiff,         Case Number 15-10807
                                  Honorable David M. Lawson
v.

EDWARD JACKSON, and
CITY OF DETROIT

        Defendants.
_____/

## ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR SANCTIONS

This matter is before the Court on the plaintiff's second motion for sanctions. The Court has reviewed the parties' submissions and heard oral argument at a hearing conducted on April 12, 2016. At the conclusion of the hearing, the Court announced from the bench its decision to grant in part the plaintiff's motion for sanctions and order additional discovery.

Accordingly, it is **ORDERED** that the plaintiff's motion for sanctions [dkt. #33] is **GRANTED IN PART** for the reasons stated on the record.

It is further **ORDERED** that the defendant shall make available police officer Eric Blackwell for a deposition, which the plaintiff may take **on or before May 4, 2016**.

It is further **ORDERED** that defense counsel must use his best efforts to furnish the telephone number of witness Nedra Harris (defendant Edward Jackson's sister-in-law) to the plaintiff's attorney **on or before April 19, 2016**. If the defense counsel does not furnish the telephone number by that date, defense counsel must furnish to plaintiff's counsel contact information for the wife of defendant Edward Jackson so that she may be interviewed and her

deposition taken, if necessary, to discover contact information (including a telephone number) for Nedra Harris.

It is further **ORDERED** that the defendants must produce (1) all audio recordings of witness interviews made during the use-of-force investigation, and (2) all of the attachments to the force investigation report **on or before May 4, 2016**. If the defendants contend that some or all of these items do not exist, the defendants must furnish an affidavit or declaration signed by an appropriate department official under the penalty of perjury verifying that fact.

It is further **ORDERED** that the motion is **DENIED** in all other respects.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated: April 13, 2016

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 13, 2016.

s/Susan Pinkowski
SUSAN PINKOWSKI