UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TINA L. HENDERSON, as personal
representative to the ESTATE OF OTIS
HENDERSON,

        Plaintiff,        Case Number 15-10807
                                    Honorable David M. Lawson

v.

CITY OF DETROIT,
and EDWARD JACKSON,

        Defendants.
_____/

## ORDER GRANTING LEAVE TO DEPOSE DETROIT POLICE OFFICER ERIC BLACKWELL

On June 3, 2016, the Court ordered the defendants, and their attorney, to produce Detroit police officer Eric Blackwell for a deposition at the United States Courthouse in Room 714, 231 W. Lafayette Blvd., Detroit, Michigan, 48226 on June 7, 2016. Officer Blackwell did not appear for the deposition. The Court conducted a brief status conference with the parties' counsel on the record. Defense counsel informed the Court that officer Blackwell is currently not ambulatory and for that reason was unable to attend the deposition. The Court directed defense counsel to make officer Blackwell's contact information available to plaintiff's counsel so that a deposition can be conducted in a location suitable to officer Blackwell's medical limitations.

Accordingly, it is **ORDERED** that the plaintiff's counsel may depose Detroit police officer Eric Blackwell at a location suitable to deponent's medical limitations.

It is further **ORDERED** that counsel for the defendant use their best efforts to facilitate the deposition of Eric Blackwell.

s/David M. Lawson  
DAVID M. LAWSON  
United States District Judge

Dated: June 7, 2016

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 7, 2016.

                s/Susan Pinkowski  
                SUSAN PINKOWSKI