UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TINA L. HENDERSON, as personal
representative to the ESTATE OF OTIS
HENDERSON,

        Plaintiff,        Case Number 15-10807
                                 Honorable David M. Lawson

v.

CITY OF DETROIT,
and EDWARD JACKSON,

        Defendants.
_____/

**ORDER GRANTING IN PART THE PLAINTIFF'S MOTION *IN LIMINE*, DENYING THE DEFENDANT'S MOTION *IN LIMINE*, AND DENYING WITHOUT PREJUDICE THE PLAINTIFF'S MOTION FOR JUDICIAL NOTICE OF CONSENT DECREE**

These matters are before the Court on the plaintiff's motion *in limine*, the defendant's motion *in limine*, and the plaintiff's motion for judicial notice of a consent decree. The Court has reviewed the parties' submissions and heard oral argument on June 13, 2016. During the hearing, the Court announced from the bench its decision to grant in part the plaintiff's motion *in limine*, deny the defendant's motion *in limine*, and deny without prejudice the plaintiff's motion to take judicial notice of a consent decree.

Accordingly, it is **ORDERED** that the plaintiff's motion *in limine* [dkt. #43] is **GRANTED IN PART** for the reasons stated on the record. The defendant may not offer evidence of the plaintiff's decedent's criminal record prior to the night of the shooting, the plaintiff's decedent's alleged past use of drugs and alcohol prior to the events leading up to the shooting, and any allegations that the plaintiff's decedent's children were born out of wedlock.

It is further **ORDERED** that the defendant may not call Edward Ritnenour to testify as an expert witness at trial.

It is further **ORDERED** that the defendant's motion *in limine* [dkt. #44] is **DENIED** for the reasons stated on the record.

It is further **ORDERED** that the plaintiff's motion for judicial notice of consent decree [dkt. # 51] is **DENIED WITHOUT PREJUDICE** for the reasons stated on the record.

                                               s/David M. Lawson
                                               DAVID M. LAWSON
                                               United States District Judge

Dated:   June 14, 2016

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 14, 2016.

                               s/Susan Pinkowski
                               SUSAN PINKOWSKI